E-Filed: **4/29/09**
JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. POMBRIO, | ) NO. CV 08-2364-GHK (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| LYDIA C. HENSE, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:   4/28/09   .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE